No. 347, Misc.  AYCOCK  v.  NORTH  CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.

No. 348, Misc.  CASH v. NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 350, Misc.  CLEMENTI v. NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 352, Misc.  HAINES v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 353, Misc.  SEVERA v. PENNSYLVANIA.  Superior Court of Pennsylvania.  Certiorari denied.

No. 358, Misc.  FORTOLONI v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 359, Misc.  MARCO v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 360, Misc.  LANDGRAVER v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 361, Misc.  ROLLINS v. RAGEN, WARDEN, ET AL. Circuit Court of Will County, Illinois.  Certiorari denied.

No. 362, Misc.  NORDELL v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 363, Misc.  BARNETT v. RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.

No. 365, Misc.  DELEVAY v. KENEIPP ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.